IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01964–REB –KMT

O. JAY TOMSON,
TIMOTHY A. KROCHUK,
J. READING WILSON, JR.,
KYLE HECKMAN,
KENT A. JONES, and
FBHC HOLDING COMPANY,

    Plaintiffs,

v.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' Joint Motion to Amend Scheduling Order (Doc. No. 37, filed Jan. 14, 2013) is **GRANTED in part**. The only stated grounds for the proposed extensions is that the parties have been "diligently engaged in discovery and cooperatively working to put in pace protective orders to allow complete production of documents" and that a number of depositions still need to be taken. However, the parties do not mention why it took nearly three months from the date of the Scheduling Conference to file a routine motion for protective order, nor do they state why they believe they will be unable to complete the necessary depositions before the discovery deadline—which, as of the date of this order, is still three months out. Nevertheless, in light of the impending February 1, 2013 deadline for disclosing affirmative experts, the court reluctantly will extend the relevant scheduling deadlines by approximately 30 days. Accordingly, the Scheduling Order is amended as follows:

| | |
|---|---|
| Expert Disclosures Due: | March 1, 2013 |
| Rebuttal Expert Disclosures Due: | April 12, 2013 |
| Deadline to Serve Discovery: | April 26, 2013 |

       Discovery Deadline:                      May 31, 2013

       Dispositive Motion Deadline:       July 12, 2013

Dated: January 31, 2013